**FILED**
**U.S. District Court**
**District of Kansas**
06/22/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**WILBER CANDELARIO BONILLA CASTILLO,**

          **Petitioner,**

  **v.**                                         **Case No. 26-3169-JWL**

**SAMUEL OLSON, MARKWAYNE MULLIN,**
**U.S. DEPARTMENT OF HOMELAND**
**SECURITY, TODD BLANCHE, EXECUTIVE**
**OFFICE FOR IMMIGRATION REVIEW, and**
**WARDEN, MIDWEST REGIONAL RECEPTION**
**CENTER,**

          **Respondents.**

## JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is granted. Respondents are ordered either to release petitioner or to ensure that petitioner receives a bond hearing pursuant to 8 U.S.C. § 1226(a) on or before July 6, 2026, and they are further ordered to provide notice to this Court when such relief has been given. The Court denies any request for other relief.

Entered on the docket 06/22/26

**Dated: June 22, 2026**          **SKYLER B. O'HARA**
                                       **CLERK OF THE DISTRICT COURT**

                                 **s/S. Nielsen-Davis**
                                 **Deputy Clerk**